In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-278 CR


 ______________________



JOHN KEITH GRANT, Appellant



V.



THE STATE OF TEXAS, Appellant



 




On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-03325







MEMORANDUM OPINION

 On May 12, 2008, the trial court sentenced John Keith Grant, a prior felony offender,
on a conviction for possession of a controlled substance. Grant filed a notice of appeal on
June 4, 2008. The trial court entered a certification of the defendant's right to appeal in
which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certification to the Court of Appeals.

 On June 19, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 ________________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered July 16, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.